IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


CHARLOTTE ANN BOLTON                                                    PLAINTIFF


v.                              Case No: 4:14CV108 JLH-JTK

CAROLYN COLVIN, *Acting Commissioner*,
Social Security Administration                                         DEFENDANT


**ORDER**

Pending before the Court is Plaintiff's Motion to Proceed In Forma Pauperis (DE #1). Plaintiff lists no income, no monthly expenses, and no debts or financial obligations. Because no information is provided, the Court finds the application incomplete.

The purpose of 28 U.S.C. § 1915 is to ensure that indigent litigants have an entre, not a barrier, to the federal courts. *In re Williamson*, 786 F.2d 1336, 1338 (8th Cir. 1986) (quoting *Souder v. McGuire*, 516 F.2d 820, 823 (3rd Cir. 1975)). Although a claimant need not be "completely destitute" to take advantage of the IFP statute, he or she must show that paying the filing fee would result in an undue financial hardship. *Williamson*, 786 F.2d at 1338.

The Court hereby directs Plaintiff to provide within fourteen (14) days of this Order some explanation as to any source(s) of income and/or means of support.

IT IS SO ORDERED this 13th day of March, 2014.


_____
UNITED STATES MAGISTRATE JUDGE