# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CHARLOTTE ANN BOLTON                                          PLAINTIFF

v.                      NO. 4:14CV00108 JLH-JTK

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration                             DEFENDANT

## ORDER

On November 21, 2014, United States Magistrate Judge Jerome T. Kearney entered a recommended disposition in which he recommended that the Court affirm the decision of the Commissioner of the Social Security Administration in denying disability benefits to Charlotte Ann Bolton and dismiss Bolton's complaint. No objections have been filed. The recommended disposition is adopted as the disposition of this Court. The decision of the Commissioner of the Social Security Administration to deny disability benefits to Charlotte Ann Bolton is affirmed. This action is dismissed with prejudice.

IT IS SO ORDERED this 10th day of December, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE