**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CHARLOTTE ANN BOLTON                                                                              PLAINTIFF

v.                                            NO. 4:14CV00108 JLH-JTK

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration                                                                    DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, the decision of the Commissioner of the Social Security Administration to deny disability benefits to Charlotte Ann Bolton is affirmed. Charlotte Ann Bolton's complaint is dismissed with prejudice.

IT IS SO ORDERED this 10th day of December, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE